Patrick C. Riley
Nicholas R. VandenBos
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
priley@lawmt.com
nvandenbos@lawmt.com

*Attorneys for Ryder Truck Rental, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, INC., | CV 23-01-BLG-SPW-KLD |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree that the above matter, including both claims and counterclaims, be dismissed with prejudice as fully settled on the merits, each party to bear its own attorneys' fees and costs.

A proposed Order is filed herewith for the Court's consideration.

DATED this 5th day of December, 2023.

        TARLOW STONECIPHER
        WEAMER & KELLY, PLLC

        */s/ Patrick C. Riley*
        Patrick C. Riley
        1705 West College Street
        Bozeman, MT 59715
        (406) 586-9714
        priley@lawmt.com
        *Attorneys for Ryder Truck Rental, Inc.*

        NELSON LAW FIRM, P.C.

        */s/ Randall G. Nelson*
        Randall G. Nelson
        2619 St. Johns Avenue, Ste. E
        Billings, MT 59102
        (406) 867-7000
        rgnelson@nelsonlawmontana.com
        *Attorneys for Progressive*
        *Southeastern Insurance Company*

//

//

//

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2023, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of Court, United States District Court for the District of Montana

2. Randall G. Nelson
   Nelson Law Firm, P.C.
   2619 St. Johns Avenue, Ste. E
   Billings, MT 59102
   rgnelson@nelsonlawmontana.com
   *Attorneys for Defendant*

                                                                    */s/ Patrick C. Riley*