IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYDER TRUCK RENTAL, INC., | CV 23-01-BLG-KLD |
| Plaintiff, | |
| vs. | ORDER |
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | |
| Defendant, | |

Upon stipulation of the parties and good cause appearing,

IT IS ORDERED that the above matter, including both claims and counterclaims, be DISMISSED with PREJUDICE as fully and finally settled on the merits, with each party to bear its own attorneys' fees and costs.

DATED this 6th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge